IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JOSEPH HOWARD STEWART III,<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN DEFENDANTS,<br><br>Defendants. | 2:23-CV-202-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge (ECF No. 8) to dismiss the Amended Complaint pursuant to 42 U.S.C. Section 1983 filed by Plaintiff. Plaintiff filed what has been categorized as a response (ECF No. 9) on April 15, 2024. But this response failed to cure the Court's Second Notice of Deficiency (ECF No. 7), specifically by failing either to provide an in forma pauperis application or to pay the filing fee.

Thus, after making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED** without prejudice.

**SO ORDERED**.

April 19, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE